United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                        Case No. 15-05085-JJT
Frank J. Cherichella, Jr.                                     Chapter 13
Joann Colucci-Cherichella
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini        Page 1 of 1            Date Rcvd: Jun 06, 2017
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4729352        E-mail/PDF: cbp@onemainfinancial.com Jun 06 2017 18:51:45      Springleaf Financial Services,
                PO Box 3251,  Evansville, IN 47731
                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          Recovery Management Systems Corporation    claims@recoverycorp.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Joint Debtor Joann  Colucci-Cherichella
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
          Vincent  Rubino    on behalf of Debtor Frank J. Cherichella, Jr.
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                              TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-05085-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Frank J. Cherichella, Jr.<br>116 Tumbleweed Drive<br>Effort PA 18330-8937 | Joann Colucci-Cherichella<br>116 Tumbleweed Drive<br>Effort PA 18330-8937 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/06/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/08/17

Terrence S. Miller
**CLERK OF THE COURT**