## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank J. Cherichella Jr. aka Frank Joseph Cherichella, Jr. aka Frank Cherichella, Jr. aka Frank Cherichella, aka Frank J. Cherichella, aka Frank Joseph Cherichella<br>Joann Colucci-Cherichella aka Joann C. Cherichella, aka Joann P. Colucci-Cherichella, aka Joanna Patricia Colucci-Cherichella<br>Debtors | BK NO. 15-05085 JJT<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer and index same on the master mailing list.

    Respectfully submitted,

**/s/James C Warmbrodt**
James C. Warmbrodt, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant