# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    FRANK J. CHERICHELLA, JR.                                          Case No.: 5-15-05085-MJC

    JOANN COLUCCI-CHERICHELLA                                 Chapter 13

            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**           **MORTGAGE INFORMATION**

Creditor Name:                       NATIONSTAR MORTGAGE
Court Claim Number:            36
Last Four of Loan Number:       5120  arrears tumleweed dr
Property Address if applicable:   116 TUMBLEWEED DRIVE, , EFFORT, PA18330-8937

**PART 2:**           **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,773.98 |
| b. | Prepetition arrearages paid by the Trustee: | $2,773.98 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,773.98 |

**PART 3:**           **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**           **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 21, 2021				Respectfully submitted,

						s/ Jack N. Zaharopoulos
						Standing Chapter 13 Trustee
						Suite A, 8125 Adams Drive
						Hummelstown, PA  17036
						Phone:  (717) 566-6097
						Fax:  (717) 566-8313
						eMail:  info@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 36

```
    CLM #    CHECK #      DATE       PRIN PAID    INT PAID    TOTAL DISB
    0361     1220587    08/12/2020     $53.34       $0.00        $53.34
    0361     1221648    09/17/2020    $320.40       $0.00       $320.40
    0361     1222645    10/15/2020    $320.40       $0.00       $320.40
    0361     1223478    11/03/2020    $323.96       $0.00       $323.96
    0361     1224412    12/10/2020    $323.96       $0.00       $323.96
    0361     1226199    01/19/2021    $323.96       $0.00       $323.96
    0361     1227219    02/17/2021    $323.96       $0.00       $323.96
    0361     1228234    03/17/2021    $323.96       $0.00       $323.96
    0361     1229253    04/15/2021    $323.96       $0.00       $323.96
    0361     2000627    05/18/2021    $136.08       $0.00       $136.08
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

FRANK J. CHERICHELLA, JR.  Case No.: 5-15-05085-MJC
JOANN COLUCCI-CHERICHELLA  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| NATIONSTAR MTG, LLC<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| FRANK J. CHERICHELLA, JR.<br>JOANN COLUCCI-CHERICHELLA<br>116 TUMBLEWEED DRIVE<br>EFFORT, PA 18330-8937 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 21, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com