In re:  
Frank J. Cherichella, Jr.  
Joann Colucci-Cherichella  
    Debtors

Case No. 15-05085-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5  
Date Rcvd: Nov 15, 2021      Form ID: 3180W      Total Noticed: 83

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Frank J. Cherichella, Jr., Joann Colucci-Cherichella, 116 Tumbleweed Drive, Effort, PA 18330-8937 |
| 4726492 | | BANK OF AMERICA, C/O MERCANTILE ADJUSTMENT BUREAU, PO BOX 9055, WILLIAMSVILLE, NY 14231-9055 |
| 4726496 | | BOSCOVS RETAIL SERVICES, PO BOX 30257, SALT LAKE CITY, UT 84130-0257 |
| 4726512 | + | JOANN MISURACA-FICCO, 32 STERLING RD STE 102, MOUNT POCONO, PA 18344-1119 |
| 4726513 | | JOHN DEERE FINANCIAL, PO BOX 5327, MADISON, WI 53705-0327 |
| 4726518 | + | MONARCH RECOVERY MGT, 10965 DECATUR ROAD, PHILADELPHIA, PA 19154-3210 |
| 4726521 | | NATIONSTAR MORTGAGE, 8950 CYPRESS WATERS BLVD, DALLAS, TX 75063 |
| 4726520 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067 |
| 4726523 | | NORTHSTAR LOCATION SERVICES, FINANCIAL SERVICES DEPT, 4285 GENESEE STREET, BUFFALO, NY 14225-1943 |
| 5359709 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 4732262 | + | Navient Solutions, Inc. on behalf of NJHEAA, PO Box 548, Trenton, NJ 08625-0548 |
| 4726530 | | SPRINGLEAD FINANCIAL SVCS, 2959 RT 611 STE 105, TANNERSVILLE, PA 18372-7926 |
| 4726532 | + | SUNOCO INC, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4726544 | + | WALGREEN PROFIT SHARING SVC CTR, PO BOX 419784, KANSAS CITY, MO 64141-6784 |
| 4726547 | + | WILSON RESORT FINANCE, 8505 W BONSON HWY, KISSIMMEE, FL 34747-8217 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFNNB.COM | Nov 15 2021 23:48:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| cr | + | EDI: Q3G.COM | Nov 15 2021 23:48:00 | JH Portfolio Debt Equities, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: PRA.COM | Nov 15 2021 23:48:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4726493 | | EDI: BANKAMER.COM | Nov 15 2021 23:48:00 | BANK OF AMERICA, PO BOX 982235, EL PASO, TX 79998-2235 |
| 4726494 | + | EDI: TSYS2 | Nov 15 2021 23:48:00 | BARCLAYS BANK DE, 700 PRIDES XING, NEWARK, DE 19713-6109 |
| 4726495 | + | EDI: TSYS2 | Nov 15 2021 23:48:00 | BARCLAYS BANK DELAWARE, 125 S WEST STREET, WILMINGTON, DE 19801-5014 |
| 4726497 | | EDI: CAPITALONE.COM | Nov 15 2021 23:48:00 | CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4746368 | + | Email/Text: bncmail@w-legal.com | Nov 15 2021 18:45:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4726498 | + | EDI: CITICORP.COM | Nov 15 2021 23:48:00 | CITI, PO BOX 790040, SAINT LOUIS, MO |

| | | | |
|---|---|---|---|
| 4726499 | + Email/Text: mediamanagers@clientservices.com | Nov 15 2021 18:44:00 | CLIENT SERVICES INC, 3451 HARRY S TRUMAN BLVD, SAINT CHARLES, MO 63301-9816 |
| 4726500 | EDI: WFNNB.COM | Nov 15 2021 23:48:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4726501 | EDI: WFNNB.COM | Nov 15 2021 23:48:00 | COMENITY BANK/BON TON, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4726502 | + EDI: WFNNB.COM | Nov 15 2021 23:48:00 | COMENITY BANK/PEEBLES, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4746374 | + EDI: WFNNB.COM | Nov 15 2021 23:48:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4726503 | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 18:49:38 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4734335 | EDI: CAPITALONE.COM | Nov 15 2021 23:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4758141 | EDI: BL-BECKET.COM | Nov 15 2021 23:48:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4764138 | Email/Text: litbkcourtmail@johndeere.com | Nov 15 2021 18:45:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131-6600 |
| 4726504 | Email/PDF: DellBKNotifications@resurgent.com | Nov 15 2021 18:49:39 | DELL FINANCIAL SERVICES, C/O DFS CUSTOMER CARE DEPT, PO BOX 81577, AUSTIN, TX 78708-1577 |
| 4726505 | EDI: DISCOVER.COM | Nov 15 2021 23:48:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 4726506 | EDI: DISCOVER.COM | Nov 15 2021 23:48:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 4726507 | EDI: DISCOVER.COM | Nov 15 2021 23:48:00 | DISCOVER FINANCIAL SVCS, PO BOX 15316, WILMINGTON, DE 19850 |
| 4726515 | + EDI: CITICORP.COM | Nov 15 2021 23:48:00 | MACY'S/DSNB, PO BOX 8218, MASON, OH 45040-8218 |
| 4729932 | EDI: DISCOVER.COM | Nov 15 2021 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4726508 | + Email/Text: egssupportservices@alorica.com | Nov 15 2021 18:45:00 | EGS FINANCIAL CARE, PO BOX 1020, DEPT 806, HORSHAM, PA 19044-8020 |
| 4726510 | Email/Text: GCSBankruptcy@gcserv.com | Nov 15 2021 18:44:00 | GC SERVICES LP, 6330 GULFTON, HOUSTON, TX 77081 |
| 4726511 | EDI: IRS.COM | Nov 15 2021 23:48:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4734522 | + EDI: Q3G.COM | Nov 15 2021 23:48:00 | JH PORTFOLIO DEBT EQUITIES LLC, c/o JD Receivables LLC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5215615 | + Email/Text: BKRMailOps@weltman.com | Nov 15 2021 18:45:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, P O Box 93784, Cleveland, OH 44101-5784 |
| 4726514 | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 18:44:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 4769370 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 18:49:45 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4767949 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 4726516 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2021 18:49:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| | | Nov 15 2021 18:49:38 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 4726517 | EDI: MID8.COM | Nov 15 2021 23:48:00 | MIDLAND CREDIT MGT, PO BOX 60578, LOS ANGELES, CA 90060-0578 |
| 4726519 | + Email/Text: MKnitter@monroecountypa.gov | Nov 15 2021 18:45:46 | MONROE COUNTY TAX CLAIM BUREAU, ONE QUAKER PLAZA, ROOM 104, STROUDSBURG, PA 18360-2141 |
| 4753066 | + EDI: MID8.COM | Nov 15 2021 23:48:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4726522 | + EDI: NAVIENTFKASMSERV.COM | Nov 15 2021 23:48:00 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 4726524 | + Email/Text: bankruptcynotices@psecu.com | Nov 15 2021 18:45:00 | PA STATE EMPLOYEES CREDIT UNION, 1500 ELMERTON AVE, HARRISBURG, PA 17110-2990 |
| 4726525 | + EDI: RMSC.COM | Nov 15 2021 23:48:00 | PAYPAL CREDIT, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 4774620 | EDI: PRA.COM | Nov 15 2021 23:48:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 4930552 | EDI: PRA.COM | Nov 15 2021 23:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4745140 | EDI: PRA.COM | Nov 15 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4726526 | Email/Text: bankruptcynotices@psecu.com | Nov 15 2021 18:45:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4739334 | EDI: Q3G.COM | Nov 15 2021 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4726590 | EDI: RECOVERYCORP.COM | Nov 15 2021 23:48:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4726528 | EDI: CITICORP.COM | Nov 15 2021 23:48:00 | SEARS CREDIT CARDS, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 4726527 | + EDI: CITICORP.COM | Nov 15 2021 23:48:00 | SEARS CREDIT CARDS, PO BOX 6283, SIOUX FALLS, SD 57117-6283 |
| 4726529 | + EDI: CITICORP.COM | Nov 15 2021 23:48:00 | SHELL, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4726531 | EDI: AGFINANCE.COM | Nov 15 2021 23:48:00 | SPRINGLEAF FINANCIAL SVCS, PO BOX 59, EVANSVILLE, IN 47701 |
| 4729352 | EDI: AGFINANCE.COM | Nov 15 2021 23:48:00 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 4726533 | + EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYCHRONY BANK/JC PENNEY, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 4726534 | + EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4726535 | EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYNCHRONY BANK, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5155864 | + Email/Text: bncmail@w-legal.com | Nov 15 2021 18:45:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S. 98121-3132 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5155863 | + | Email/Text: bncmail@w-legal.com | Nov 15 2021 18:45:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 4726536 | | EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYNCHRONY BANK BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4726537 | + | EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYNCHRONY BANK/CARE CREDIT, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 4726538 | + | EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYNCHRONY BANK/LOWES, BANKRUPTCY DEPARTMENT, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4726539 | + | EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYNCHRONY BANK/TJZ COS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4726540 | | EDI: RMSC.COM | Nov 15 2021 23:48:00 | SYNCHRONY/PAYPAL SMART CONN, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4746370 | + | Email/Text: bncmail@w-legal.com | Nov 15 2021 18:45:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4726541 | + | EDI: WTRRNBANK.COM | Nov 15 2021 23:48:00 | TD BANK USA/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 4726542 | + | EDI: WTRRNBANK.COM | Nov 15 2021 23:48:00 | TD BANK/TARGET CREDIT, 3701 WAYZATA BLVD #MS6C, MINNEAPOLIS, MN 55416-3440 |
| 4726543 | + | EDI: URSI.COM | Nov 15 2021 23:48:00 | UNITED RECOVERY SYS, 5800 N COURSE DRIVE, HOUSTON, TX 77072-1613 |
| 4726509 | | EDI: USBANKARS.COM | Nov 15 2021 23:48:00 | ELAN FINANCIAL SERVICES, 200 GIBRALTAR ROAD, HORSHAM, PA 19044 |
| 4726545 | + | Email/PDF: DellBKNotifications@resurgent.com | Nov 15 2021 18:49:50 | WEB BANK/DELL, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 4726546 | + | Email/PDF: DellBKNotifications@resurgent.com | Nov 15 2021 18:49:39 | WEB BANK/DELL, 1 DELL WA, ROUND ROCK, TX 78682-7000 |
| 4726548 | + | Email/Text: ebankruptcy@woodforest.com | Nov 15 2021 18:45:00 | WOODFOREST NATIONAL BANK, WALMART SUPERCENTER, 355 LINCOLN AVENUE, EAST STROUDSBURG, PA 18301-2814 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4767948 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5118339 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 4930551 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER bkgroup@kmllawgroup.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Joann Colucci-Cherichella rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Frank J. Cherichella  Jr. rkidwell@newmanwilliams.com, rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Frank J. Cherichella  Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Joann Colucci-Cherichella lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 12

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Frank J. Cherichella Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7500<br>EIN   __–_____ | |
| Debtor 2<br>(Spouse, if filing) | Joann Colucci–Cherichella<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2213<br>EIN   __–_____ | |
| United States Bankruptcy Court   Middle District of Pennsylvania | | | |
| Case number:   5:15–bk–05085–MJC | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank J. Cherichella Jr.
aka Frank Cherichella Jr., aka Frank Joseph Cherichella Jr., aka Frank Cherichella, aka Frank Joseph Cherichella, aka Frank J. Cherichella

Joann Colucci–Cherichella
aka Joann C. Cherichella, aka Joann P. Colucci–Cherichella, aka Joanna Patricia Colucci–Cherichella

**By the court:**

11/15/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the

extent not paid in full under the plan;

For more information, see page 2>

Form 3180W					**Chapter 13 Discharge**					page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**